1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
2  MICHELLE Y. MAGSAYSAY  Bar No. 215294
   NICHOLAS J. BOOS  Bar No. 233399
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635
   Emails*: bruce.celebrezze@sdma.com*
6          *michelle.magsaysay@sdma.com*
           *nicholas.boos@sdma.com*
7
   Attorneys for Defendants
8  CONTINENTAL CASUALTY COMPANY and
   HARTFORD LIFE AND ACCIDENT INSURANCE
9  COMPANY

10 DARRASLAW
   FRANK N. DARRAS
11 LISSA A. MARTINEZ
   3257 East Guasti Road, Suite 300
12 Ontario, CA 91761
   Tel: 909.390.3770
13 Fax: 909.974.2121
   Email: frank@darraslaw.com
14
   Attorneys for Plaintiff
15 DEBORAH BRIESE

16

                    UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18

19 DEBORAH BRIESE,                          CASE NO.  5:10-cv-01239-JF

20         Plaintiff,                       **STIPULATION FOR DISMISSAL OF
                                            ENTIRE ACTION WITH PREJUDICE;
21         v.                               [PROPOSED] ORDER**

22 CONTINENTAL CASUALTY
   COMPANY; HARTFORD LIFE AND
23 ACCIDENT INSURANCE COMPANY;
   and DOES 1 through 10, inclusive,
24
           Defendants.
25

26

27

28

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Deborah Briese, and defendants Continental Casualty Company and Hartford Life And Accident Insurance Company, through their respective attorneys of record herein, that this entire action shall be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear her or its own costs and attorneys' fees.

**IT IS SO STIPULATED:**

DATED: January 12, 2011          SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Michelle Y. Magsaysay
    Michelle Y. Magsaysay
    Attorneys for Defendants
    CONTINENTAL CASUALTY COMPANY and
    HARTFORD LIFE AND ACCIDENT
    INSURANCE COMPANY

DATED: January 11, 2011          DARRASLAW

By: /s/ Frank N. Darras
    Frank N. Darras
    Attorneys for Plaintiff
    DEBORAH BRIESE

ORDER

Based upon the parties' stipulation re dismissal of entire action with prejudice, it is hereby ordered that this entire is dismissed with prejudice, each party to bear her or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: 1/14/11

UNITED STATES DISTRICT COURT JUDGE

-1-
STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE